JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. SACV 21-00791-CJC (ADSx)          Date: May 19, 2021

Title: <u>GARY SCHERER v. CHATRISA ENTERPRISES, LLC</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Cheryl Wynn</u>                          <u>N/A</u>
Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

       In his Complaint, Plaintiff Gary Scherer alleged that Defendant Chatrisa Enterprises, LLC violated the Americans with Disabilities Act and the Unruh Act by failing to provide sufficient information about hotel room accessibility on its website. On April 27, 2021, Defendant removed the case from Orange County Superior Court based on federal question and supplemental jurisdiction. (Dkt. 1 [Notice of Removal].) On May 7, 2021, Plaintiff filed a First Amended Complaint, dropping his ADA claim—the sole federal claim. (Dkts. 9 [Notice of Dropping Federal Cause of Action], 12 [First Amended Complaint].) In the First Amended Complaint, Plaintiff asserts that this Court has jurisdiction "because this matter originally contained an ADA claim and the defendants removed the case from state court to federal court." (Dkt. 11 ¶ 4.)

       The Court ordered Plaintiff to show cause in writing why the Court should not decline supplemental jurisdiction over Plaintiff's state law claim under 28 U.S.C. § 1367(c)(3) and remand the case to Orange County Superior Court. In his response, Plaintiff stated that he "does not oppose a remand to State Court." (Dkt. 14.) Similarly, Defendant filed a response stating that it "does not object if the Court exercises its discretion in favor of declining supplemental jurisdiction and remanding the case to the

Orange County Superior Court." (Dkt. 13.) Accordingly, the Court **REMANDS** this case to Orange County Superior Court.

cb

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk CW